# United States District Court

**DISTRICT OF** _____

Charter Communications
Entertainment I LLC d/b/a
Charter Communications

V.

Bruce Forand

2004 SEP 27 P 12: 40

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-40189 FDS**

TO: (Name and address of defendant)

Bruce Forand
38 Marjorie Lane
Southbridge, MA 01550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher Brown
Murtha Cullina LLP
99 High St. 20th Fl.
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                        9/20/04

CLERK                                    DATE

_Sherry Jones_
(BY) DEPUTY CLERK

## RETURN OF SERVICE



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

09/23/2004

I hereby certify and return that on 09/22/2004 at 01:40pm I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of BRUCE FORAND at 38 MARJORIE LN, SOUTHBRIDGE, MA and by mailing first class mail to the above address on 09/23/2004. Fees: Service 20.00, Travel 22.94, Conveyance 4.50, Attest 10.00 & Postage and Handling 3.00 Total Fees: $60.44

Deputy Sheriff Paul R Almstrom

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                      Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.