UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS<br><br>Plaintiff,<br><br>v.<br><br>BRUCE FORAND<br><br>Defendant. | CASE ACTION<br>NO. 04 CV 40189 (FDS) |

### MOTION FOR DISMISSAL

Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications hereby moves to dismiss the Complaint as against Defendant Bruce Forand in the above-referenced case, pursuant to Fed. R. Civ. P. 41(a) without costs to either party.

                                            PLAINTIFF - CHARTER
                                            COMMUNICATIONS
                                            ENTERTAINMENT I, LLC d/b/a
                                            CHARTER COMMUNICATIONS

                                            By Its Attorney,

                                            _/s/ Burton B. Cohen_____
                                            Burton B. Cohen – BBO#656190
                                            Murtha Cullina LLP
                                            Whitney Grove Square
                                            2 Whitney Avenue
                                            New Haven, CT  06510-1220

Date:  September 20, 2005                Telephone:  (203) 772-7714

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Dismissal was mailed first-class, postage prepaid, on this 20th day of September, 2005 to:

Bruce Forand
38 Marjorie Lane
Southbridge, MA 01550

_____
Burton B. Cohen